BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
E. MARTIN ESTRADA
United States Attorney
JAMIE ANN YAVELBERG
DAVID WISEMAN
MATTHEW J. OSTER
LINDSEY A. ROBERTS
JESSICA M. SARKIS
ROHITH V. SRINIVAS
  United States Department of Justice
  P.O. Box 261, Ben Franklin Station
  Washington, D.C. 20044
  Tel: (202) 307-6244 Fax: (202) 307-3852
  E-mail: matthew.j.oster@usdoj.gov
DAVID M. HARRIS, AUSA
Chief, Civil Division
ROSS M. CUFF, AUSA
Chief, Civil Fraud Section
JACK D. ROSS, AUSA
Deputy Chief, Civil Fraud Section
KAREN PAIK, AUSA (Cal. Bar No. 288851)
  Room 7516, Federal Building
  300 N. Los Angeles Street
  Los Angeles, California 90012
  Tel: (213) 894-8561 Fax: (213) 894-7819
  Email: karen.paik@usdoj.gov
Attorneys for the United States of America

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES *ex rel.* SINGH,<br><br>  Plaintiff,<br><br>  v.<br><br>PAKSN, INC., *et al.*,<br><br>  Defendants. | No. CV 15-09064 SB (AGRx)<br><br>**JOINT NOTICE REGARDING SETTLEMENT DISCUSSIONS**<br><br>Trial Date: Nov. 20, 2023<br><br>Honorable Stanley Blumenfeld, Jr.<br>United States District Judge<br>Courtroom 6C |

1

Pursuant to the Court's August 25, 2023 Chambers Order, *see* ECF No. 434, the parties respectfully submit this updated joint status report regarding their settlement discussions to date.

The parties incorporate the background information previously detailed in their August 4, 11, and 25 Joint Status Reports, *see* ECF Nos. 427, 430, 433.

## **STATEMENT OF UNITED STATES AND DEFENDANTS**

On September 1, 2023, the United States and Defendants reached a handshake agreement on a proposed settlement in principle, under which the parties would file a proposed consent judgment with this Court and certain defendant entities would agree to make scheduled payments over time to the United States.  Before being able to finalize and effectuate such an agreement, however, government counsel will need to secure formal approval of the settlement from the Department of Justice, the U.S. Attorney's Office for the Central District of California, and the Department of Health and Human Services – Office of Inspector General.

Additionally, Relator has indicated that he will object to the proposed settlement and request a hearing pursuant to 31 U.S.C. § 3730(c)(2)(B) to assess whether the proposed settlement is fair, adequate, and reasonable under the circumstances, as well as to pursue discovery into the financial disclosures that Defendants submitted to the United States for purposes of these ability-to-pay settlement negotiations.  Magistrate Judge Rosenberg initially scheduled a fourth settlement conference for August 29, to address Relator's concerns in the event that the United States and Defendants had reached a handshake agreement by that point.  As there was no handshake agreement at that time, at the parties' request, Judge Rosenberg postponed that conference to September 5.  *See* ECF No. 435.

The parties are filing, the same day as this Joint Notice, a stipulated request for a stay of proceedings to allow the following to occur: (1) government counsel to seek the necessary authority to enter the parties' proposed settlement agreement; (2) government counsel and defense counsel to draft language for the proposed settlement agreement;

(3) Judge Rosenberg to attempt to mediate Relator's concerns and objections relating to the proposed settlement; and (4) Relator to pursue his objections to the settlement to the extent he still wishes to do so.  Relator takes no position on the request for a stay sought by the Government and Defendants.

## STATEMENT OF PLAINTIFF-RELATOR

As relayed by Plaintiff-Relator on August 25, 2023 in ECF 433, given the nature of the proposed settlement confected by the Government and Defendants without any input or agreement or consent from the Plaintiff-Relator and the very nature of the proposed settlement as relayed to the Plaintiff-Relator by the assigned Magistrate Judge, the Plaintiff-Relator reiterates his objection to the proposed settlement and will request a "fairness hearing" pursuant to 31 U.S.C. § 3730(c)(2)(B) and authorization for pointed discovery in advance of the "fairness hearing."  Despite Plaintiff-Relator's repeated requests for production of the documents shared between the Defendants and Government as part of their proposed settlement, Plaintiff-Relator has yet to receive any documentation except for tax lien documents; all of which were apparently utilized by the Government and Defendants in confecting their proposed settlement.

*Local Rule 5-4.3.4(a)(2)(i) Compliance:  Filer attests that all other signatories listed concur in the filing's content and have authorized this filing.*

Case 2:15-cv-09064-SB-AGR   Document 436   Filed 09/01/23   Page 4 of 5   Page ID #:11219

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: September 1, 2023 | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| | E. MARTIN ESTRADA<br>United States Attorney |
| | /s/ Jessica M. Sarkis<br>JAMIE ANN YAVELBERG<br>DAVID WISEMAN<br>MATTHEW J. OSTER<br>LINDSEY A. ROBERTS<br>JESSICA M. SARKIS<br>ROHITH V. SRINIVAS<br>Attorneys, Civil Division<br>U.S. Department of Justice<br>175 N Street, N.E.<br>Washington, D.C. 20002<br>(202) 307-6244<br>Matthew.J.Oster@usdoj.gov |
| | DAVID M. HARRIS, AUSA<br>Chief, Civil Division<br>ROSS M. CUFF, AUSA<br>Chief, Civil Fraud Section<br>KAREN PAIK<br>Assistant United States Attorney |
| | *Attorneys for the United States of America* |
| Dated: September 1, 2023 | STEPHEN GARCIA<br>BILL ARTIGLIERE<br>MATTHEW COMAN<br>Garcia & Artigliere LLP |
| | /s/ Matthew Coman |
| | *Attorneys for Plaintiff-Relator Trilochan Singh* |

| | | |
|---|---|---|
| 1 | Dated: September 1, 2023 | NAOMI CHUNG<br>BRENDAN HICKEY |
| 2 | | Hickey & Chung LLP |
| 3 | | /s/ Naomi Chung |
| 4 | | *Attorneys for Defendants Prema Thekkek, Paksn, Inc., Kayal, Inc., Nadhi, Inc., Oakrheem, Inc., Bayview Care, Inc., Thekkek Health Services, Inc., Aakash, Inc., and Nasaky, Inc.* |