1  BRIAN M. BOYNTON
   Principal Deputy Assistant Attorney General
2  E. MARTIN ESTRADA
   United States Attorney
3  JAMIE ANN YAVELBERG
   DAVID WISEMAN
4  MATTHEW J. OSTER
   LINDSEY A. ROBERTS
5  JESSICA M. SARKIS
   ROHITH V. SRINIVAS
6        United States Department of Justice
         P.O. Box 261, Ben Franklin Station
7        Washington, D.C. 20044
         Tel: (202) 307-6244    Fax: (202) 307-3852
8        E-mail: matthew.j.oster@usdoj.gov
   DAVID M. HARRIS, AUSA
9  Chief, Civil Division
   ROSS M. CUFF, AUSA
10 Chief, Civil Fraud Section
   JACK D. ROSS, AUSA
11 Deputy Chief, Civil Fraud Section
   KAREN PAIK, AUSA (Cal. Bar No. 288851)
12       Room 7516, Federal Building
         300 N. Los Angeles Street
13       Los Angeles, California 90012
         Tel: (213) 894-8561    Fax: (213) 894-7819
14       Email: karen.paik@usdoj.gov
   Attorneys for the United States of America

15                  UNITED STATES DISTRICT COURT
16          FOR THE CENTRAL DISTRICT OF CALIFORNIA
                    WESTERN DIVISION
17

18 | UNITED STATES *ex rel.* SINGH, | No. CV 15-09064 SB (AGRx) |
   | | |
19 | Plaintiff, | **UNOPPOSED REQUEST FOR STAY OF PROCEEDINGS** |
20 | v. | |
   | | Trial Date:  Nov. 20, 2023 |
21 | PAKSN, INC., *et al.*, | |
22 | Defendants. | Honorable Stanley Blumenfeld, Jr. |
   | | United States District Judge |
23 | | Courtroom 6C |

24

25

26

27

28

1

This Joint Stipulation and request is made and entered into by and between Plaintiff United States and Defendants Prema Thekkek, Paksn, Inc., Kayal, Inc., Nadhi, Inc., Oakrheem, Inc., Bayview Care, Inc., Thekkek Health Services, Inc., Aakash, Inc., and Nasaky, Inc. (collectively, the "parties"), by and through their respective counsel, as follows.  Plaintiff-Relator takes no position as to this request.

From June to August 2023, the United States and Defendants have been engaged in settlement discussions, culminating in a handshake agreement as of September 1, 2023.  *See* ECF Nos. 427, 430, 433, 436.  That agreement contemplates that the parties will resolve this matter as follows:  The parties will file a consent judgment with the Court and certain Defendants will make scheduled payments to the United States over the next five years.  Before being able to finalize that agreement, however, undersigned government counsel will need to secure the necessary authority from within the U.S. Department of Justice, U.S. Attorney's Office, and U.S. Department of Health and Human Services – Office of Inspector General.  In addition, the United States and Defendants will need to draft the precise language of their settlement agreement.  They intend to do so with the highest priority and expedience.

Additionally, and in the meantime, Relator plans to challenge and seek a fairness hearing concerning the proposed settlement pursuant to 31 U.S.C. § 3730(c)(2)(B), and to seek discovery relating to such a fairness hearing.  Specifically, Relator does not believe the proposed settlement is "fair, adequate, and reasonable" under section 3730(c)(2)(B), and seeks discovery of the financial disclosures that Defendants submitted to the United States for purposes of analyzing Defendants' financial condition.  Magistrate Judge Alicia Rosenberg, who has been closely involved with this case throughout discovery and who has facilitated the parties' settlement discussions through three settlement conferences, has scheduled a fourth conference on September 5 at 11:00am PT to discuss Relator's concerns.

The parties respectfully propose that the Court stay these proceedings in order for the Parties to do the following concurrently and in parallel: (1) the United States to seek

2

1   the necessary settlement authority; (2) the United States and Defendants to negotiate and

2   draft the language of their settlement agreement; (3) Judge Rosenberg to attempt to

3   mediate the concerns Relator has raised with respect to the fairness of the proposed

4   settlement and discovery into Defendants' financial submissions; and (4) Relator to file

5   motions concerning his fairness objections and request for discovery of Defendants'

6   financial disclosures, to the extent he still wishes to do so.[1]

7        If granted, the requested stay would allow the parties to focus on settling this case

8   and avoid expending the substantial resources necessary to continue preparing this case

9   for trial, especially in view of Defendants' limited financial capacity.  Specifically, in

10  light of the existing November 20 trial date, and pursuant to L.R. 16-2 and this Court's

11  Civil Standing Order, the parties tentatively agreed to conduct their pretrial conference

12  among counsel next week, on September 7.  The parties respectfully request that, as part

13  of a stay of proceedings, the Court stay existing deadlines, including the deadline for the

14  L.R. 16-2 conference and the September 8 settlement conference hearing.  The requested

15  stay would also allow for the conservation of judicial resources, to the extent the Court

16  would think it necessary to rule on the parties' pending summary judgment motions and

17  any pretrial submissions under the current trial schedule.

18       The parties respectfully propose that, in the event the Court grants the requested

19  stay, they will file joint reports every two weeks (beginning on September 15), or more

20  frequently if desired by the Court, to update the Court on their progress in the

21  above-described activities.

22

23       *Local Rule 5-4.3.4(a)(2)(i) Compliance:  Filer attests that all other signatories*

24

25

26  [1] As this is a motion to stay proceedings to allow the parties to engage in the
    above-described post-handshake activities, rather than a motion to continue deadlines to
    allow the parties to engage in litigation activities that previously could have been
27  pursued (e.g., fact or expert discovery), the parties do not construe the Court's
    procedural requirements for seeking a continuance as applicable.  The parties of course
28  will submit promptly any additional information that the Court would find relevant to
    this request.

3

1 | *listed concur in the filing's content and have authorized this filing.*

2

3                                   Respectfully submitted,

4    Dated: September 1, 2023        BRIAN M. BOYNTON
                                  Principal Deputy Assistant Attorney General

5                                   E. MARTIN ESTRADA

6                                   United States Attorney

7                                   /s/ Jessica M. Sarkis
                                  JAMIE ANN YAVELBERG

8                                   DAVID WISEMAN
                                  MATTHEW J. OSTER

9                                   LINDSEY A. ROBERTS
                                  JESSICA M. SARKIS

10                                 ROHITH V. SRINIVAS
                                Attorneys, Civil Division

11                                 U.S. Department of Justice
                                175 N Street, N.E.

12                                 Washington, D.C. 20002
                                (202) 307-6244

13                                 Matthew.J.Oster@usdoj.gov

14                                 DAVID M. HARRIS, AUSA
                                Chief, Civil Division

15                                 ROSS M. CUFF, AUSA
                                Chief, Civil Fraud Section

16                                 KAREN PAIK
                                Assistant United States Attorney

17                                 *Attorneys for the United States of America*

18

19

20    Dated: September 1, 2023        STEPHEN GARCIA
                                  BILL ARTIGLIERE

21                                 MATTHEW COMAN
                                Garcia & Artigliere LLP

22                                 /s/ Matthew Coman

23                                 *Attorneys for Plaintiff-Relator Trilochan Singh*

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated: September 1, 2023

NAOMI CHUNG
BRENDAN HICKEY
Hickey & Chung LLP

/s/ Naomi Chung

*Attorneys for Defendants Prema Thekkek, Paksn, Inc., Kayal, Inc., Nadhi, Inc., Oakrheem, Inc., Bayview Care, Inc., Thekkek Health Services, Inc., Aakash, Inc., and Nasaky, Inc.*