UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* TRILOCHAN SINGH,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>PAKSN, INC. et al.,<br><br>　　　　　　Defendants. | No. CV 15-09064 SB (AGRx)<br><br>**CONSENT JUDGMENT**<br><br>Trial Date: Stayed<br><br>Honorable Stanley Blumenfeld, Jr.<br><br>District Judge<br><br>Courtroom 6C |

# CONSENT JUDGMENT

Upon the consent of Plaintiff United States of America and Defendants Paksn, Inc., Prema Thekkek, Kayal, Inc. (d/b/a Bay Point Healthcare Center), Nadhi, Inc. (d/b/a Gateway Care & Rehabilitation Center), Oakrheem, Inc. (d/b/a Hayward Convalescent Hospital), Bayview Care, Inc. (d/b/a Hilltop Care and Rehabilitation Center), Thekkek Health Services, Inc. (d/b/a Martinez Convalescent Hospital), Aakash, Inc. (d/b/a Park Central Care & Rehabilitation Center), and Nasaky, Inc. (d/b/a Yuba Skilled Nursing Center), it is hereby:

ORDERED, ADJUDGED, and DECREED that Plaintiff United States of America is awarded judgment against Defendants in the following amounts:

- Kayal, Inc. (d/b/a Bay Point Healthcare Center), jointly and severally with Paksn, Inc. and Prema Thekkek as to this amount only: $3,208,840.64
- Nadhi, Inc. (d/b/a Gateway Care & Rehabilitation Center), jointly and severally with Paksn, Inc. and Prema Thekkek as to this amount only: $14,004,281.34
- Oakrheem, Inc. (d/b/a Hayward Convalescent Hospital), jointly and severally with Paksn, Inc. and Prema Thekkek as to this amount only: $2,293,443.96
- Bayview Care, Inc. (d/b/a Hilltop Care and Rehabilitation Center), jointly and severally with Paksn, Inc. and Prema Thekkek as to this amount only: $563,841.73
- Aakash, Inc. (d/b/a Park Central Care & Rehabilitation Center), jointly and severally with Paksn, Inc. and Prema Thekkek as to this amount only: $24,156,186.79
- Nasaky, Inc. (d/b/a Yuba Skilled Nursing Center), jointly and severally with Paksn, Inc. and Prema Thekkek as to this amount only: $1,418,732.79

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| Dated: November 13, 2023 | | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| | | E. MARTIN ESTRADA<br>United States Attorney |
| | | /s/ Matthew J. Oster<br>JAMIE ANN YAVELBERG<br>DAVID WISEMAN<br>MATTHEW J. OSTER<br>LINDSEY A. ROBERTS<br>JESSICA M. SARKIS<br>ROHITH V. SRINIVAS<br>Attorneys, Civil Division<br>U.S. Department of Justice<br>175 N Street, N.E.<br>Washington, D.C. 20002<br>(202) 307-6244<br>Matthew.J.Oster@usdoj.gov |
| | | DAVID M. HARRIS, AUSA<br>Chief, Civil Division<br>ROSS M. CUFF, AUSA<br>Chief, Civil Fraud Section<br>KAREN PAIK<br>Assistant United States Attorney |
| | | *Attorneys for the United States of America* |
| Dated: November 13, 2023 | | NAOMI CHUNG<br>BRENDAN HICKEY<br>Hickey & Chung LLP |
| | | /s/ Naomi Chung |
| | | *Attorneys for Defendants Prema Thekkek, Paksn, Inc., Kayal, Inc., Nadhi, Inc., Oakrheem, Inc., Bayview Care, Inc., Thekkek Health Services, Inc., Aakash, Inc., and Nasaky, Inc.* |

**IT IS SO ORDERED**.

Dated: November 13, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge

2