JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* TRILOCHAN SINGH,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PAKSN, INC. et al.,<br><br>　　　　　Defendants. | No. CV 15-09064 SB (AGRx)<br><br>**ORDER OF DISMISSAL**<br><br>Trial Date: Stayed<br><br>Honorable Stanley Blumenfeld, Jr.<br>District Judge<br>Courtroom 6C |

**ORDER OF DISMISSAL**

Upon the stipulation and request of the United States, Relator, and Defendants, it is hereby:

ORDERED, ADJUDGED, and DECREED that the United States's claims against Defendants in this action are dismissed with prejudice, except as to the United States's claims against Thekkek Health Services, Inc. (d/b/a Martinez Convalescent Hospital), which are dismissed without prejudice.

The Court retains jurisdiction to consider whether to allow Relator's claims under 31 U.S.C. § 3730(d) to a share of the proceeds of the Settlement Agreement and to Relator's reasonable expenses, attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated: November 17, 2023

Stanley Blumenfeld, Jr.
United States District Judge